```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06521
   ANTHONY DORSEY
   RHONDA DORSEY                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9746      SSN XXX-XX-8885


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/11/2007 and was confirmed 07/19/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
AMERICAN HOME MTG          CURRENT MORTG        .00            .00             .00
AMERICAN HOME MTG          MORTGAGE ARRE   20499.19            .00         3348.80
CITIFINANCIAL              SECURED NOT I        .00            .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED        7422.66            .00          123.54
AMERICAN GENERAL FINANCE   SECURED NOT I        .00            .00             .00
AMERICAN GENERAL FINANCE   UNSECURED        2417.27            .00           40.23
AMERICAN HONDA FINANCE     SECURED VEHIC        .00            .00             .00
ANDERSON FIN NETWORK       UNSECURED      NOT FILED            .00             .00
PUBLIC STORAGE INC         UNSECURED      NOT FILED            .00             .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED            .00             .00
AMERICAN COLLECTION        UNSECURED      NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED        1756.56            .00           29.24
ARKANSAS POWER & LIGHTS    NOTICE ONLY    NOT FILED            .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         173.89            .00             .00
BP/CITI                    UNSECURED      NOT FILED            .00             .00
BUREAU OF COLLECTION REC   NOTICE ONLY    NOT FILED            .00             .00
NATIONAL ASSET RECOVERY    UNSECURED      NOT FILED            .00             .00
CAPITAL ONE                UNSECURED         727.75            .00             .00
CAPITAL ONE                UNSECURED         750.49            .00             .00
SPRINT-NEXTEL CORP         UNSECURED        1736.45            .00             .00
CBE GROUP                  UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED        4430.00            .00           73.73
COMMONWEALTH EDISON        UNSECURED         387.72            .00             .00
CREDIT PROTECTION ASSOCI   UNSECURED      NOT FILED            .00             .00
COMCAST                    UNSECURED      NOT FILED            .00             .00
CROSS COUNTRY BANK         UNSECURED      NOT FILED            .00             .00
DEBT CREDIT SERVICES       UNSECURED      NOT FILED            .00             .00
DEPENDON COLLECTION SE     UNSECURED      NOT FILED            .00             .00
DR BOND COLL               NOTICE ONLY    NOT FILED            .00             .00
ELAN FININCIAL SVC         UNSECURED      NOT FILED            .00             .00
EUGENE CARDINAL            NOTICE ONLY    NOT FILED            .00             .00
FALLS COLLECTION SERVICE   UNSECURED         373.86            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06521 ANTHONY DORSEY & RHONDA DORSEY
```

```
FALLS COLLECTION SERVICE  UNSECURED      NOT FILED           .00         .00
PREMIER BANKCARD          UNSECURED         580.52           .00         .00
FRANKLIN                  NOTICE ONLY    NOT FILED           .00         .00
GC SERVICES               UNSECURED      NOT FILED           .00         .00
GEMB/JC PENNEY            UNSECURED      NOT FILED           .00         .00
HEIGHTS FIN               UNSECURED      NOT FILED           .00         .00
OSI COLLECTION SERVICE    UNSECURED      NOT FILED           .00         .00
ILLINOIS STATE HIGHWAY A  UNSECURED        1001.40           .00       16.67
PORTFOLIO RECOVERY ASSOC  UNSECURED         395.13           .00         .00
KLUEVER & PLATT LLC       NOTICE ONLY    NOT FILED           .00         .00
MEDICAL COLLECTION SYSTE  UNSECURED      NOT FILED           .00         .00
MID SOUTH CB              UNSECURED      NOT FILED           .00         .00
ILLINOIS DEPT OF HUMAN S  UNSECURED      NOT FILED           .00         .00
G C SERVICES .            UNSECURED      NOT FILED           .00         .00
NICOR GAS                 UNSECURED      NOT FILED           .00         .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED           .00         .00
PORTFOLIO RECOVERY        UNSECURED         495.24           .00         .00
PRAIRIE TRAIL CREDIT UNI  UNSECURED        2756.90           .00       45.88
PREMIUM ASSET RECOVERY C  UNSECURED          50.00           .00         .00
REC SOLUTION              UNSECURED      NOT FILED           .00         .00
VILLAGE OF BELLWOOD       UNSECURED         250.00           .00         .00
RUSH OAK PARK HOSPITAL    UNSECURED      NOT FILED           .00         .00
RUSH OAK PARK HOSPITAL    UNSECURED      NOT FILED           .00         .00
STATE COLLECTION SERVICE  UNSECURED      NOT FILED           .00         .00
TCF                       UNSECURED      NOT FILED           .00         .00
COMMONWEALTH EDISON CO    UNSECURED      NOT FILED           .00         .00
VERIZON WIRELESS          NOTICE ONLY    NOT FILED           .00         .00
WORLD FINANCE             UNSECURED      NOT FILED           .00         .00
HOMEQ SERVICING           UNSECURED        1780.51           .00       29.63
AVENUE MANAGEMENT INC     UNSECURED        3600.00           .00       59.92
RJM AQUISITIONS FUNDING   UNSECURED          60.82           .00         .00
ENTERGY MISSISSIPPI       UNSECURED         288.92           .00         .00
AFNI/VERIZON WIRELESS     UNSECURED        1122.37           .00       18.68
RICHARD E SEXNER          DEBTOR ATTY     2,225.00                  2,225.00
TOM VAUGHN                TRUSTEE                                     467.68
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  6,479.00

PRIORITY                                            .00
SECURED                                        3,348.80
UNSECURED                                        437.52
ADMINISTRATIVE                                 2,225.00
TRUSTEE COMPENSATION                             467.68
DEBTOR REFUND                                       .00

              PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 06521 ANTHONY DORSEY & RHONDA DORSEY
```

```
                                  ---------------    ---------------
TOTALS                                   6,479.00           6,479.00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
 Dated: 02/25/09                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```